# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>　　　　　Defendant. | Case No.:  CV 19-7723-DMG (RAOx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [31]** |

　　　The Court has reviewed and considered the parties' Joint Stipulation for Dismissal with Prejudice [Doc. # 31], filed on September 23, 2020.  Good cause appearing,

　　　IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.  Each party shall bear its own fees and costs.

DATED:  September 25, 2020　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE